## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

          **v.**                    **Case No. 17-20715**
                              **Hon. Terrence G. Berg**


**KIFAH WAEL JAYYOUSI,**
          **Defendant.**
_____/

## MOTION TO MODIFY CONDITIONS OF SUPERVISION
## TO ALLOW TRAVEL OUTSIDE OF THE UNITED STATES

NOW COMES Kifah Wael Jayyousi, and moves this Honorable Court to enter an order modifying the conditions of his supervision to allow him travel outside of the United States as follows:

1.  Dr. Jayyousi was arrested on or about March 30, 2005.  He has been in the custody, or under the supervision of the United States government, since that date.

2.  Dr. Jayyousi has been under the supervision of this Court since September 15, 2017.

3.  Dr. Jayyousi is in compliance with all conditions of his supervision.

    a.  He is only required to report to his probation officer by computer.

4.  Dr. Jayyousi has never been out of compliance with his terms of supervision. During his term of pretrial release, he was always in compliance with his conditions of release.

5.  Dr. Jayyousi wishes to travel overseas with his wife and a daughter for a vacation and complete a religious pilgrimage, to wit:

    a.  Travel to Istanbul, Turkey on or about November15, 2024, return to Detroit on or about December 8, 2024.

    b.  Istanbul to Jedda, Saudi Arabia to perform the Omra pilgrimage on or about December 1, 2024 to December 6, 2024.

6.  Because Dr. Jayyousi wishes to travel outside of the United States, the prior permission of this Court.

7.  Dr. Jayyousi understands that any permission to travel will be conditioned on him providing his probation officer with his specific itinerary and travel plans sufficiently in advance of travel to allow confirmation of the details before travel.

8.  Dr. Jayyousi has spoken with his probation officer and the officer has no objection to his request to travel.

9.  Concurrence has not been sought from the United States Attorney for the reason this is a post-judgement matter.

2

WHEREFORE, Kifah Wael Jayyousi requests this Honorable Court to enter an order allowing him to travel outside of the United States for the purposes described and on such terms as the Court may find appropriate.

Respectfully submitted,

/s/ *William W. Swor*

WILLIAM W. SWOR (P21215)
Attorney for Kifah Jayyousi
2450 Guardian Building
500 Griswold Street
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

Dated: August 30, 2024

**CERTIFICATE OF SERVICE**

I certify I electronically filed the foregoing MOTION TO ALLOW TRAVEL OUTSIDE OF THE UNITED STATES, with the Clerk of the Court using the ECF system, which gives notification to all attorneys of record.

/s/ *William W. Swor*

WILLIAM W. SWOR (P21215)